In re Guzzetta, Thomas; Serigny, A.J.; Melancon, Dorzina Serigny; Terrebonne, Dextel Abel; Terrebonne, Beasley Allen; Serigny, Joseph A.; Griffin, Lovenia Serig-ny; Danos, Uñeta Serigny; Danos, Amy Serigny; Borne, Milza Serigny; Serigny, Eunice; Guidry, Lorena Serigny; Serigny, Louges; Danos, Achille; Borne, Randy Paul; applying for writ of certiorari and/or review; to the Court of Appeal, First Circuit, No. CA-84-0831; Parish of Lafourche, 17th Judicial District Court, Div. “C”, No. 47712.
Prior report: La.App., 477 So.2d 1221.
Granted.